# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cr-3058-S-BCW |
| ) | |
| ) | |
| JORDAN E. MINETTE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Jurisdiction for the above-styled probation/supervised release case was transferred to the Western District of Missouri on the 19th day of June, 2018, and was assigned to the undersigned United States District Judge.

Pursuant to Section 636(b), Title 28, United States Code, and Rule 72.1 of the Local Rules of Procedure of the United States District Court for the Western District of Missouri, it is hereby

ORDERED that United States Magistrate Judge David P. Rush is designated to hear and determine all preliminary matters and conduct any hearings necessary.

    /s/ Brian C. Wimes
    BRIAN C. WIMES
    **UNITED STATES DISTRICT JUDGE**

Springfield, Missouri
Date: June 19, 2018